**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| DARRYL PONCIANO BARRERA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:26-cv-125-JDK-KNM |
| | § | |
| SERGEANT FNU ROBERTSON, *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Darryl Ponciano Barrera, a prisoner of the Texas Department of Criminal Justice proceeding pro se, filed a lawsuit pursuant to 42 U.S.C. § 1983 for alleged violations of his constitutional rights in prison. Plaintiff's case was referred to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case.

On June 17, 2026, the Magistrate Judge issued a Report recommending that Plaintiff be denied leave to proceed *in forma pauperis* ("IFP") and that this lawsuit be dismissed for failure to prosecute due to his failure to comply with the Court's orders (Docket Nos. 3 & 10) to amend his complaint and provide necessary documentation to support his IFP application. Docket No. 12. A copy of this Report was mailed to and received by Plaintiff on June 26, 2026. Docket No. 13. Plaintiff did not file objections within the prescribed period.

Where a party timely objects to the Report and Recommendation, the Court reviews the objected-to findings and conclusions of the Magistrate Judge de novo. 28

U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Alexander v. Verizon Wireless Servs., LLC*, 875 F.3d 243, 249 (5th Cir. 2017).

Here, Plaintiff did not file any objections. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 12) as the findings of this Court. It is therefore **ORDERED** that Plaintiff's application to proceed *in forma pauperis* (Docket No. 7) is **DENIED** and this case is **DISMISSED** without prejudice for failure to prosecute. All pending motions are **DENIED** as **moot**.

**So ordered and signed on this**
**Aug 4, 2026**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE